IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Jefferson, Edna M

Printed: 12/16/08

Case Number: 04 B 10831
Judge: Squires, John H
Filed: 3/18/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 3, 2008
Confirmed: June 23, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 26,397.00 |  |
| Secured: |  | 15,482.99 |
| Unsecured: |  | 7,758.82 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,794.00 |
| Trustee Fee: |  | 1,345.56 |
| Other Funds: |  | 15.63 |
| Totals: | 26,397.00 | 26,397.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Starks & Boyd PC | Administrative | 1,794.00 | 1,794.00 |
| 2. | Midland Mortgage Company | Secured | 0.00 | 0.00 |
| 3. | Citizens Bank | Secured | 0.00 | 0.00 |
| 4. | Citizens Bank | Secured | 484.00 | 484.00 |
| 5. | DaimlerChrysler Servs North America | Secured | 7,296.32 | 7,296.32 |
| 6. | Midland Mortgage Company | Secured | 10,928.33 | 7,702.67 |
| 7. | Resurgent Capital Services | Unsecured | 194.95 | 266.08 |
| 8. | ECast Settlement Corp | Unsecured | 3,552.70 | 4,849.09 |
| 9. | Resurgent Capital Services | Unsecured | 349.46 | 476.95 |
| 10. | Discover Financial Services | Unsecured | 1,436.65 | 1,960.91 |
| 11. | Chase Cardmember Services | Unsecured | 161.47 | 205.79 |
| 12. | Capital One | Unsecured |  | No Claim Filed |
| 13. | Rodale Book | Unsecured |  | No Claim Filed |
| 14. | Comcast | Unsecured |  | No Claim Filed |
|  |  |  | $ 26,197.88 | $ 25,035.81 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 107.93 |
| 6.5% | 281.01 |
| 3% | 49.14 |
| 5.5% | 274.29 |
| 5% | 82.01 |
| 4.8% | 159.30 |
| 5.4% | 391.88 |
|  | $ 1,345.56 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:   Jefferson, Edna M | Case Number:  04 B 10831 |
| | Judge:  Squires, John H |
| Printed: 12/16/08 | Filed:  3/18/04 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                Marilyn O. Marshall, Trustee, by:

